UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Alfredo Aponte Diaz, et al.,
    Plaintiffs,

v.

Navieras Puerto Rico, Inc., et al.
    Defendants.

CASE NUMBER: 98-1917 (HL)

## MOTION

Date Filed: 12/30/99    Docket #12    [ ] Plffs  [X] Defts  [ ] Other
Title: Motion For Extension of Time to File Certified Translations

## ORDER

**Granted.** Pursuant to Rule 108.1 of the Local Rules, defendants shall file English translations of all Spanish documents by **January 19, 2000**, or they shall be stricken from the record.

Date 1(-10-00

HECTOR M. LAFFITTE
Chief U.S. District Judge



