UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alfredo Aponte Diaz, et al.,
    Plaintiffs,

v.      CASE NUMBER: 98-1917 (HL)

Navieras Puerto Rico, Inc., et al.
    Defendants.

## MOTION

Date Filed: 1/14/00     Docket #4     [X] Plffs  [ ] Defts  [ ] Other
Title: Motion For Extension of Time to Reply to Motion for Summary Judgment

## ORDER

Granted. Plaintiff shall file the reply by **March 3, 2000.**

**NO FURTHER EXTENSIONS SHALL BE GRANTED.**

Date 1-21-00      HECTOR M. LAFFITTE
    Chief U.S. District Judge


