UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALFREDO APONTE DIAZ,
et al.,
   Plaintiffs,

v.    CASE NUMBER: 98-1917 (HL)

NAVIERAS PUERTO RICO, INC.,
et al.,
   Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3/16/00   **Docket #** 20<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion For Extension of Time | Granted. |

Date 3/21/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:          EOD:

By:             #


