UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ALFREDO APONTE DIAZ
ET AL.
    Plaintiffs

v.                                                           CASE NUMBER: 98-1917 (HL)

NAVIERAS DE PUERTO RICO, INC.,
ET AL.
    Defendants

| MOTION |
|---|
| Date Filed: 3/29/00     Docket # 25     [] Plffs  [X] Defts    [ ] Other<br>Title: Motion Requesting Leave to File Reply Brief |
| **ORDER** |
| **Granted.** Defendants shall file a Reply Brief on or before **April 12, 2000**. Defendants will submit a copy of the judgment entered by the local court and will indicate whether it is final or an appeal is pending. Defendants will hand deliver a copy of this motion to plaintiffs the same day. Plaintiffs may reply to Defendants' motion on or before **April 19, 2000**. <u>The Court will NOT grant any extensions.</u><br><br>In light of this, the Settlement and Pretrial Conference and Trial scheduled for April 18 and May 4th respectively, are hereby postponed until the Court rules on the pending motions. |

Date 4/10/00

HECTOR M. LAFFITTE
Chief U.S. District Judge