## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Alfredo Aponte Diaz, et al.
    Plaintiffs

v.

Navieras Puerto Rico, Inc., et al.
    Defendants.

**CASE NUMBER:** 98-1917 (HL)

| MOTION |
|---|
| **Date Filed:** 4.19.00   **Docket # 30**   [x] Plffs  [] Defts  [ ] Other<br>**Title:** Extension of Time |
| **ORDER** |
| Granted. |

Date 5/8/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


