UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alfredo Aponte Diaz, et al.
   Plaintiffs

v.

Navieras de Puerto Rico, Inc., et al.
   Defendants

**CASE NUMBER:** 98-1917 (HL)

## ORDER

Plaintiffs are ordered to show cause no later than September 7, 2000 why the claims in this action are not barred by the doctrines of res judicata and collateral estoppel.

Date 8/16/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge


