

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alfredo Aponte Diaz, et al.
    Plaintiffs

v.

CASE NUMBER: 98-1917 (HL)

Navieras Puerto Rico, Inc., et al.
    Defendants

| MOTION | | | |
|---|---|---|---|
| **Date Filed:** 9.05.00  **Title:** Extension of Time | **Docket #** 42 | [x] Plffs [] Defts [ ] Other | |

| ORDER |
|---|
| Plaintiff is granted until September 26, 2000 to show cause why this case is not barred by the doctrine of res judicata. The Court shall rule on this matter even if plaintiffs fail to file a timely response. |

Date  9/12/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


