# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Alfredo Aponte Diaz, et al.
   Plaintiffs

      v.                                **CASE NUMBER:** 98-1917 (HL)

Navieras Puerto Rico, et al.
   Defendants

| MOTION |
|---|
| **Date Filed:** 9.13.00    **Docket # 44**    [] Plffs  [x] Defts   [ ] Other<br>**Title:** Notice |
| **ORDER** |
| Noted. |

Date 9/15/00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

RECEIVED AND FILED
00 SEP 18 AM 11:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.