UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alfredo Aponte Diaz, et al.
   Plaintiffs

v.

Navieras Puerto Rico, et al.
   Defendants

CASE NUMBER: 98-1917 (HL)

| MOTION | | | |
|---|---|---|---|
| Date Filed: 9.26.00    Docket # 46 | [x] Plffs | [] Defts | [ ] Other |
| Title: Voluntary Dismissal | | | |
| ORDER | | | |

**Granted.** The Court hereby approves the plaintiffs' voluntary dismissal with prejudice of all state law claims.

Date 9/28/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

