ENTERED ON DOCKET
10/2/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Alfredo Aponte Diaz, et al.
   Plaintiffs

      v.

Navieras Puerto Rico, et al.
   Defendants

CASE NUMBER: 98-1917 (HL)



## PARTIAL JUDGMENT

The Court having approved the plaintiff's voluntary dismissal, judgment is hereby entered dismissing all state law claims with prejudice.

Date 9/28/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge


