# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Alfredo Aponte Diaz, et al.
   Plaintiffs

v.

Navieras Puerto Rico
   Defendant

CASE NUMBER: 98-1917(HL)



| MOTION |
|---|
| Date Filed: 10.10.00   Docket # 49   [x] Plffs [] Defts   [ ] Other<br>Title: Extension of Time |
| **ORDER** |
| Granted. Defendant may file a response no later than October 30, 2000. |

Date 10\24\00

HECTOR M. LAFFITTE
Chief U.S. District Judge