ENTERED ON DOCKET
1/24/01
PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

Alfredo Aponte Diaz
 Plaintiff,

v.                                              Civil No. 98-1917 (HL)

Navieras Puerto Rico, Inc.
 Defendant.

## JUDGMENT

The Court having issued an opinion and order on this same date judgment is hereby entered dismissing Plaintiffs' federal claims and state law claims with prejudice.

San Juan, Puerto Rico, January 23, 2001.

HECTOR M. LAFFITTE
Chief District Judge



AO 72A
(Rev.8/82)