# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Alfredo Aponte Diaz, et al.
   Plaintiffs

   v.

**CASE NUMBER: 98-1917 (HL)**

Navieras Puerto Rico, Inc. et al.
   Defendants

| MOTION | | | |
|---|---|---|---|
| Date Filed: 1/20/01    Docket # 56 | [x] Plffs | [] Defts | [] Other |
| Title: Extension of Time | | | |
| **ORDER** | | | |
| Plaintiff shall file its opposition to defendant's Bill of Costs by **March 12, 2001**. | | | |

Date 3/6/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

